JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAURENT COLASSE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREVARI MEDIA, LLC, an Oregon limited liability company,<br><br>　　　　Defendant. | Case No. 2:24-cv-01991-CBM (BFM)<br><br>**JUDGMENT ON STIPULATION TO VACATUR PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Hon. Consuelo B. Marshall, Presiding Judge<br><br>Trial Date: June 17, 2025 |

# JUDGMENT

The Court has considered the Stipulation to Vacatur Pursuant to Settlement Agreement between Plaintiff Laurent Colasse and Defendant Trevari Media, LLC in this action. Good cause appearing, the Court finds and decrees as follows:

1. The Clerk is directed to enter Final Judgment in favor of Plaintiff Laurent Colasse.

2. The Trademark Trial and Appeal Board's November 14, 2023 decision in *Trevari Media, LLC v. Laurent Colasse*, Cancellation No. 92078038 is Vacated.

3. The United States Commissioner of Trademarks is directed not to cancel, or to reinstate, United States Trade Design Registration No. 4,461,245.

4. Each party will bear its own costs and attorneys' fees incurred in relation to the above-captioned action.

5. The Court shall retain jurisdiction over the parties to enforce their settlement agreement and to effectuate this Judgment until performance in full of its terms.

SO ORDERED, ADJUDICATED AND DECREED.

Dated: January 9, 2025

Consuelo B. Marshall
United States District Judge

-2-